# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES B. HARRIS,<br>    *Plaintiff*,<br>vs.<br>CLARK COUNTY DETENTION CENTER, *et al.*<br>    *Defendants*. | 2:12-cv-00144-JCM-PAL<br><br>ORDER |

In this *pro se* prisoner action, the court dismissed plaintiff's federal claims with leave to amend.  Plaintiff thereafter did not timely submit an amended complaint asserting viable federal claims. Following upon the dismissal of all federal claims over which the district court had original jurisdiction, the court finds that the interests of judicial economy, convenience, fairness and comity would be best served in this case by dismissing the state law claims that remain without prejudice. Substantial time remains in the two-year statute of limitations at the time of the dismissal. The court accordingly exercises its discretion pursuant to 28 U.S.C. § 1367(c)(3) to decline to exercise supplemental jurisdiction over the state law claims.

IT THEREFORE IS ORDERED that all remaining claims are DISMISSED without prejudice.

The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED:  March 1, 2013

_____
JAMES C. MAHAN
United States District Judge